(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

RACQUEL LEWIS

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Tyler Technologies

_____

_____

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)

23 - 296
Civ. Action No. _____
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **RACQUEL LEWIS**
Name (Last, First, MI)

**30 Caleb Terrace**
Street Address

**Wilmington     DE     19805**
County, City          State          Zip Code

**302.521.0271**
Telephone Number          E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Tyler Technologies**
Name (Last, First)

**5101 Tennyson Pkwy**
Street Address

**Plano          Texas     75024**
County, City          State          Zip Code

Defendant 2: _____
Name (Last, First)

_____
Street Address

_____
County, City          State          Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City          State          Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☑ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

ECPA, SCA computer violations
California Code Sec. 1798.80
Violation of Privacy - Intrusion upon seclusion
CCPA - Data Protection Law
Obstruction to Justice

Page **3** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

I Live in the State of Delaware. The event happened in Wilmington Delaware.

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington DE

Date(s) of occurrence: Dec. 15, 16, 17 - 2022

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Tyler Technologies blocked my online submission to Maryland Courts.

(Del. Rev. 11/14) Pro Se General Complaint Form

| Was anyone else involved? | Just myself |

(Del. Rev. 11/14) Pro Se General Complaint Form

| Who did what? | Tyler Technologies blocked my online submission to Maryland courts. |

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Increased anxiety
Mental anguish

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $200,000.00

☑ Other (explain):

Complete End to all cyber and other forms of blocks harassment and bullying.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3/17/2023
Dated

[Signature]
Plaintiff's Signature

RACQUEL LEWIS
Printed Name (Last, First, MI)

36 Caleb Terrace    Wilmington    DE    19805
Address              City           State   Zip Code

302.521.0271
Telephone Number                    E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page 8 of 8

23-296                        March 15, 2023

Tyler Technologies
Anne Cathy
5101 Tennyson Pkwy
Plano, Texas 75024

RE: Blocked Court Submission

1. Dec. 15, 2022 Tyler tech. cloud blocked my court claim while using Maryland online courts submission portal

2. When the account was made I was blocked with an ERROR message before creating a password. "an error occurred while retrieving contextual help".

3. Several attempts were made on several days online. NO Resolve even after phone calls instructed me to create a new account with a new username. Even as I never got pass making a password for the first account.



4- I have been blocked by Tyler Tech.
   maryland.tylertech.cloud

Cause of Action
Blocked by Tyler technology's client Department of Education.

Remedy
$200,000 (Two Hundred Thousand)

Injury
mental anguish / increased anxiety
Property Damage

Violations
- Obstruction to Justice
- ECPA including SCA
- Violation of Privacy - Intrusion upon Seclusion
- CCPA - DATA Protection Law California Code Sec 1798.80
- Cyber Harassment
- Interstate Harassment