Exhibit 1



Exhibit 2



Exhibit 3

How to Fix JavaScript Errors
What browser? My browser? Is m
Odyssey File & Serve
maryland.tylertech.cloud/OfsWeb/Home
Gmail
News
Court Information
Actions
Self Help
Sign In
Register
Elements
Console
Sources
top
Filter
Default levels
1 Issue: 1
TypeError: urls is not iterable
TylerUiJs?v=0HOO1uxq…Qiq7OzT2XAb81:14591
at getStackTraceOrigins (<anonymous>:797:25)
at HTMLDocument.getCookiePolicy (<anonymous>:2950:33)
at https://maryland.tylertech.cloud/OfsWeb/bundles/TylerUiJs?v=0HOO1uxqCz3mzHYfwxBdJziF25Q_MJgQiq7OzT2XAb81:20407:43
at sendReq (https://maryland.tylertech.cloud/OfsWeb/bundles/TylerUiJs?v=0HOO1uxqCz3mzHYfwxBdJziF25Q_MJgQiq7OzT2XAb81:12552:15)
at serverRequest (https://maryland.tylertech.cloud/OfsWeb/bundles/TylerUiJs?v=0HOO1uxqCz3mzHYfwxBdJziF25Q_MJgQiq7OzT2XAb81:12268:16)
at processQueue (https://maryland.tylertech.cloud/OfsWeb/bundles/TylerUiJs?v=0HOO1uxqCz3mzHYfwxBdJziF25Q_MJgQiq7OzT2XAb81:17002:28)
at https://maryland.tylertech.cloud/OfsWeb/bundles/TylerUiJs?v=0HOO1uxqCz3mzHYfwxBdJziF25Q_MJgQiq7OzT2XAb81:17018:27
at Scope.$eval (https://maryland.tylertech.cloud/OfsWeb/bundles/TylerUiJs?v=0HOO1uxqCz3mzHYfwxBdJziF25Q_MJgQiq7OzT2XAb81:18270:28)
at Scope.$digest (https://maryland.tylertech.cloud/OfsWeb/bundles/TylerUiJs?v=0HOO1uxqCz3mzHYfwxBdJziF25Q_MJgQiq7OzT2XAb81:18086:31)
at Scope.$apply (https://maryland.tylertech.cloud/OfsWeb/bundles/TylerUiJs?v=0HOO1uxqCz3mzHYfwxBdJziF25Q_MJgQiq7OzT2XAb81:18378:24)
undefined
DevTools failed to load source map: Could not load content for https://maryland.tylertech.cloud/OfsWeb/bundles/angular-sanitize.min.js.map: HTTP error: status code 404, net::ERR_HTTP_RESPONSE_CODE_FAILURE
Console
Issues
46°F
Partly sunny
4:14 PM
12/15/2022

