RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. ___2 3 - 2 9 6___

# ACKNOWLEDGMENT OF RECEIPT FOR:

### AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

### AND

### AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of _____ copies of AO forms 85 and 85A.

_____
(Date forms provided)

_____
(Signature of person receiving forms)

RACQUEL LEWIS
(Printed name of recipient/name of firm)

NOTE:

Signed receipt form will be filed and docketed.