IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACQUEL LEWIS,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | C.A. No. 23-296 RGA |
| ) | |
| TYLER TECHNOLOGIES,        ) | |
| ) | |
| Defendant.        ) | |

**ORDER**

At Wilmington this 24th day of March, 2023, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS ORDERED that the application is **GRANTED**.

/s/ Richard G. Andrews
United States District Judge