4/3/2023

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2023 APR -6 AM 10: 31
MPB

## Motion to Seal

To U.S. District Court for Delaware
District

I request that you please
Remove any documentation/
Exhibits that may have
"Whistleblower" on it. Please,
or if there is a way to remove
or conceal documents that
may contain "Whistleblower".
Please I don't want to submit
this as evidence now but later.
Due to confidentiality purposes
that include public scrutiny.

23-291

23-297

Thank you.        23-296

23-304

23-348

* Please seal the cases # above, or anything
with trade Secret info., or other sensitive info.