Racquel Lewis
vs.     Department of Defense &
Department of Homeland Security - Cyber Security
Motion to Seal

To whom it may concern

I humbly request the court
to SEAL the complaint and All
supporting documents, and All
Remaining connected complaints.
Microsoft
Tyler Technologies
Amazon, Adecco
D.AHS   & Greenville
DOE, Community college of Baltimore
All contain classified information.
I understand the court clerks staff
will Redact sensitive information
I leave visible for analyzing /
Review. Please

Thank you