10/31/2023

Address Change

RACQUEL LEWIS
PO BOX 30911
Wilmington, DE
19805

Attention: J. Caleb Federal Court

1:23-CV-0034P
146
290
291 * Lotus
293
296
297 * ADECCO
304
348
390 ** DHHS
416
442
475

Please change address for all above cases. Thankyou