Racquel Lewis

V.                                            23-296 RGA

Tyler Technologies

## Motion to Stop Dismissal Order

I hereby submit the following Exhibits/Evidence, to show why it is imperative Tyler Technologies remain open.

1) Tyler Tech. utilizes PERF. Police Executive Research Forum (As per Tyler's website)

2) PERF was and still is being located in my Technology analytics. Last noticed — 12/6/2023 → pg. 6

3) Tyler Technologies was found blocking my submission, online, To a Maryland court. The "Odyssey File & Serve cloud based software is based in California. (As per Tyler's website) pg. 13 & 16 — 16 shows a fake email with a diff. #

4) Tyler Technologies has a CAD software,

which is their external CAD used by Public Safety. CAD=Dispatch p.2,4,5,7,19

5) Tyler Technologies dispatch (CAD) software persistently, and consistently has been identified with the Education department Reporting my daily activity by a logger in my environment (Dispatch Logging Support

6) page 7 shows "dispatch" (CAD) in my Att account. Alecksans which is Alexis Coates. from Maryland.

7) Att log shows "liveaupacs-vn" (pg 10). when researched it shows connections to Cuda News (School-Education) (pg 11)

8) Tyler also uses 2D & 3D ED. Browser Gaming Purposes for viewing target information. p17

9) Page 17 also shows watchdog, "cloned" technology, "math floor". (school)

10) Pg 18 shows a hacked/cloned laptops analytics page that is streaming from the living room I was in. As I was trying to unlock a device

11) Page 21 shows "CUSTSUPT" in my prepaid phone Browser. Page 20 shows CUSTSUPT association/connection, directly, to IT Specialists = i.e., Alexis Coates.

12) CAD (Tyler Tech.) is one software used in Research, PERF. = Leitsc Governance pg. 8 (History)

13) Pages 17 & 18 also shows Queries to access data from my laptop with MDx & Digital Asset platform enterprise level for crypto Banking.

After searching and finding this information in my technology, p.20 happened.

Cause of Action:
The Justice system has allies, and some employees that are against me. 2 are Alexis Coates and Emmitt K. Davis Junior. Emmitt Recommended me to the Police Karma program in partnership with Alexis Coates who was stalking me from his employer/contractor - Education department. My ex-employer CCBC - Maryland

Both gentlemen have similar interest and affiliations with Free Masonry. I being a Christian, is one reason for my orchestrated downfall. P.22

Abuse of Power / misuse of resources

- My claim is not frivolous when the evidence is considered.

- I am certainly not delusional. Consider the evidence which shows I cannot make this stuff up.

Alexis Coates, being an IT Educator/ Professional and well connected has hacked plenty of my technology utilizing the Department of Education resources. P.22 is an AT&T Account with "Halo Success" in the Browser.

### Discussion

The gentlemen used the idea of Christians are not supposed to "complain". Completely overlooking the Law of the Land. The exploited me, blacklisted me, Discriminated against me. Orchestrated all of the aforementioned with help and caused

Damages
Homelessness (CURRENT)
Unemployment
Loss of Son
Loss of Finances
Loss of Opportunities
Physical punishment (Hospitals)
Loss of Lawsuits
Stolen mone

By violating my privacy
Conspiring against my rights
Religious Discr.
Age Discrim.
ADA violations included.
Defamation
42 U.S. Code §11302

§3-504 Damages for Defamation
42. US Code §12203
Law of the Land
Continuing Violation Doctrine
IIED.

Basically: Cause of Action is malicious intent, retaliation. It's Alexis Coates employment, & Emmitt's maliciousness. Both fall inline with criminal Acts.

Please accept this claim and all of the evidence provided. (27 pages included)

Please know I do not play games. My son didn't play games that constitute the activity observed in my technology.

Our technology (All) was hacked. As all evidence provided shows.

Software used.
- Tyler Technologies
- PERF
- Most Cloud based Tech
- Splash SOS
- and more.

Racquel Lewis