**9:17**   5G

‹ Back   **Data**

Exhibits
1 - 20 pgs

MobileSlideShow 2023-03-06 103...

ospredictiond.cpu_resource-2022-1...

ospredictiond.cpu_resource-2022-1...

ospredictiond.cpu_resource-2022-1...

PerfPowerServicesSignpostReader.c...

PerfPowerServicesSignpostReader.c...

PerfPowerServicesSignpostReader.c...

PerfPowerServicesSignpostReader.c...

PerfPowerServicesSignpostReader.c...

PerfPowerServicesSignpostReader.c...

PerfPowerServicesSignpostReader.c...

PerfPowerServicesSignpostReader.c...

ResetCounter-2023-02-21-102253.i...

RTCReporting_messageLog_2023-...

signpost_reporter.cpu_resource-20...

signpost_reporter.cpu_resource-20...

signpost_reporter.cpu_resource-20...

**17:30**

# PerfPowerServicesSignpostRea...

Powerstats for:  PerfPowerServicesSignpostReader
(PerfPowerServicesSignpostReader) [2183]
UUID:          0
Path:          /S
XPCServices/P
PerfPowerServi
Identifier:    co
Version:       1.
Resource Coaliti
Architecture:
Parent:        UNKNOWN [1]
UID:           0
Sudden Term:   Tracked (allows idle exit)
Footprint:     10.28 MB
Pageins:       242 pages
Start time:    2022-12-04 13:36:58.795 -0500
End time:      2022-12-04 13:38:56.314 -0500
Num samples:   32 (62%)
Primary state: 32 samples Non-Frontmost App, Non-Suppressed, User
mode, Effective Thread QoS Background, Requested Thread QoS User
Initiated, Override Thread QoS Unspecified
User Activity:  32 samples Idle, 0 samples Active
Power Source:   0 samples on Battery, 32 samples on AC
   32  ??? (libsystem_pthread.dylib + 2968) [0x221497b98]
    32  ??? (libsystem_pthread.dylib + 3576) [0x221497df8]
     32  ??? (libdispatch.dylib + 93712) [0x1dba20e10]
      32  ??? (libdispatch.dylib + 49632) [0x1dba161e0]
       32  ??? (libdispatch.dylib + 46740) [0x1dba15694]
        32  ??? (libdispatch.dylib + 16348) [0x1dba0dfdc]
         32  ??? (libdispatch.dylib + 9396) [0x1dba0c4b4]
          32  ??? (LoggingSupport + 181664) [0x1ed11f5a0]
           32  ??? (LoggingSupport + 24996) [0x1ed0f91a4]
            32  ??? (LoggingSupport + 25940) [0x1ed0f9554]
             31  ??? (LoggingSupport + 15704) [0x1ed0f6d58]
              31  ??? (LoggingSupport + 20864) [0x1ed0f8180]
               31  ??? (LoggingSupport + 42832) [0x1ed0fd750]
                31  ??? (LoggingSupport + 5460) [0x1ed0f4554]
                 29  ??? (LoggingSupport + 27180) [0x1ed0f9a2c]
                  29  ??? (Foundation + 19604) [0x1ce818c94]
                   29  ??? (Foundation + 16212) [0x1ce817f54]
                    27  ??? (Foundation + 19604) [0x1ce818c94]
                     27  ??? (Foundation + 16064) [0x1ce817ec0]
                      27  ??? (Foundation + 19604) [0x1ce818c94]
                       17  ??? (Foundation + 16064) [0x1ce817ec0]
                        17  ??? (Foundation + 19604) [0x1ce818c94]
                         16  ??? (Foundation + 16212) [0x1ce817f54]
                          10  ??? (Foundation + 19604) [0x1ce818c94]
                           10  ??? (Foundation + 16064) [0x1ce817ec0]
                            10  ??? (Foundation + 16632)

[0x1ce8180f8]
                             7  ??? (Foundation + 17564)
[0x1ce81849c]
                              3  ??? (Foundation + 6153628)
[0x1cedf259c]
                               3  ??? (Foundation + 13728)
[0x1ce8175a0]
                                3  ??? (Foundation + 14320)
[0x1ce8177f0]
                                 1  ??? (CoreFoundation + 550352)
[0x1d44ba5d0]

Reader →

app = Perf Power
Services SignPost
Reader

# PerfPowerServicesSignpostRea...

{"app_name":"PerfPowerServicesSignpostReader","timestamp":"2022-12-04 13:38:58.00 -0500","ap[...]
C7104FC2[...]
cesSignpos[...]
first_party":[...]
(20B110)","r[...]
B389-489E[...]

Date/Time:
End time:
OS Version:
Architecture
Report Version:   40
Incident Identifier: A897418F-B952-4DB4-B389-489E57D28781

Data Source:   Microstackshots
Shared Cache:   EFCEA2C3-9890-343A-8DFA-DDD6C9892143 slid base address 0x1cd69c000, slide 0x4d69c000

Command:        PerfPowerServicesSignpostReader
Path:           /System/Library/PrivateFrameworks/PowerlogCore.framework/XPCServices/PerfPowerServicesSignpostReader.xpc/PerfPowerServicesSignpostReader
Identifier:     com.apple.PerfPowerServicesSignpostReader
Version:        1.0 (1)
Resource Coalition ID: 861
Architecture:   arm64e
Parent:         UNKNOWN [1]
PID:            2183

Event:          cpu usage
Action taken:   none
CPU:            90 seconds cpu time over 118 seconds (76% cpu average), exceeding limit of 50% cpu over 180 seconds
CPU limit:      90s
Limit duration: 180s
CPU used:       90s
CPU duration:   118s
Duration:       118.00s
Duration Sampled: 117.52s
Steps:          52

Hardware model:   iPhone14,3
Active cpus:      6
HW page size:     16384
VM page size:     16384

Advisory levels:  Battery -> 3, User -> 3, ThermalPressure -> 0, Combined -> 3
Free disk space:  78.26 GB/119.09 GB, low space threshold 150 MB
Vnodes Available: 28.06% (3367/12000)

Preferred User Language: en-US
Country Code:    US
Keyboards:       en_US QWERTY, emoji Emoji
OS Cryptex File Extents: 192

Heaviest stack for the target process:
32  ??? (libsystem_pthread.dylib + 2968) [0x221497b98]
32  ??? (libsystem_pthread.dylib + 5378) [0x221497df8]

17:42

**signpost_reporter.cpu_resourc...**

Powerstats for:  DASDelegateService (DASDelegateService)

```
43  ???  (libsystem_pthread.dylib + 2968) [0x221497b98]
43  ???  (libsystem_pthread.dylib + 3576) [0x221497df8]
 43  ???  (libdispatch.dylib + 93712) [0x1dba20e10]
 43  ???  (libdispatch.dylib + 49632) [0x1dba161e0]
 43  ???  (libdispatch.dylib + 46740) [0x1dba15694]
 43  ???  (libdispatch.dylib + 16348) [0x1dba0dfdc]
  43  ???  (libdispatch.dylib + 9396) [0x1dba0c4b4]
  43  ???  (LoggingSupport + 181664) [0x1ed11f5a0]
   43  ???  (LoggingSupport + 24996) [0x1ed0f91a4]
   43  ???  (LoggingSupport + 25940) [0x1ed0f9554]
   41  ???  (LoggingSupport + 15704) [0x1ed0f6d58]
   41  ???  (LoggingSupport + 20864) [0x1ed0f8180]
    41  ???  (LoggingSupport + 42832) [0x1ed0fd750]
    41  ???  (LoggingSupport + 5460) [0x1ed0f4554]
    41  ???  (LoggingSupport + 27180) [0x1ed0f9a2c]
     40  ???  (Foundation + 19604) [0x1ce818c94]
      40  ???  (Foundation + 16212) [0x1ce817f54]
      32  ???  (Foundation + 19604) [0x1ce818c94]
       32  ???  (Foundation + 16212) [0x1ce817f54]
        32  ???  (Foundation + 19604) [0x1ce818c94]
        32  ???  (Foundation + 16064) [0x1ce817ec0]
         31  ???  (Foundation + 19604) [0x1ce818c94]
          31  ???  (Foundation + 16212) [0x1ce817f54]
          29  ???  (Foundation + 16632) [0x1ce8180f8]
           13  ???  (Foundation + 17216) [0x1ce818340]
            6   ???  (Foundation + 6152628)
```

[0x1cedf21b4]

[0x1d444e7b4]
```
                5   ???  (CoreFoundation + 108468)
```
[0x1dba58508]
```
                5   ???  (libsystem_c.dylib + 29960)
```
[0x1d443d278]
```
               3   ???  (CoreFoundation + 37496)
```
[0x1d44c8100]
```
              1   ???  (CoreFoundation + 606464)
```
[0x1d44b5e9c]
```
              1   ???  (CoreFoundation + 532124)
```
[0x1d443b0e0]
```
             1   ???  (CoreFoundation + 28896)
```
[0x1cd755c28]
```
            1   ???  (libobjc.A.dylib + 7208)
```
[0x1cd755e00]
```
                           dylib + 7168)
```



# PerfPowerServicesSignpostRea...

Advisory levels:  Battery -> 3, User -> 3, ThermalPressure -> 0, Combined -> 3
Free disk space:  78.26 GB/119.09 GB, low space threshold 150 MB
Vnodes Available: 28.06% (3367/12000)

Preferred User Language: en-US
Country Code:    US
Keyboards:       en_US QWERTY, emoji Emoji
OS Cryptex File Extents: 192

Heaviest stack for the target process:
  32  ??? (libsystem_pthread.dylib + 2968) [0x221497b98]
  32  ??? (libsystem_pthread.dylib + 3576) [0x221497df8]
  32  ??? (libdispatch.dylib + 93712) [0x1dba20e10]
  32  ??? (libdispatch.dylib + 49632) [0x1dba161e0]
  32  ??? (libdispatch.dylib + 46740) [0x1dba15694]
  32  ??? (libdispatch.dylib + 16348) [0x1dba0dfdc]
  32  ??? (libdispatch.dylib + 9396) [0x1dba0c4b4]
  32  ??? (LoggingSupport + 181664) [0x1ed11f5a0]
  32  ??? (LoggingSupport + 24996) [0x1ed0f91a4]
  32  ??? (LoggingSupport + 25940) [0x1ed0f9554]
  31  ??? (LoggingSupport + 15704) [0x1ed0f6d58]
  31  ??? (LoggingSupport + 20864) [0x1ed0f8180]
  31  ??? (LoggingSupport + 42832) [0x1ed0fd750]
  31  ??? (LoggingSupport + 5460) [0x1ed0f4554]
  29  ??? (LoggingSupport + 27180) [0x1ed0f9a2c]
  29  ??? (Foundation + 19604) [0x1ce818c94]
  29  ??? (Foundation + 16212) [0x1ce817f54]
  27  ??? (Foundation + 19604) [0x1ce818c94]
  27  ??? (Foundation + 16064) [0x1ce817ec0]
  27  ??? (Foundation + 19604) [0x1ce818c94]
  17  ??? (Foundation + 16064) [0x1ce817ec0]
  17  ??? (Foundation + 19604) [0x1ce818c94]
  16  ??? (Foundation + 16212) [0x1ce817f54]
  10  ??? (Foundation + 19604) [0x1ce818c94]
  10  ??? (Foundation + 16064) [0x1ce817ec0]
  10  ??? (Foundation + 16632) [0x1ce8180f8]
   7  ??? (Foundation + 17564) [0x1ce81849c]
   3  ??? (Foundation + 6153628) [0x1cedf259c]
   3  ??? (Foundation + 13728) [0x1ce8175a0]
   3  ??? (Foundation + 14320) [0x1ce8177f0]
   1  ??? (CoreFoundation + 550352) [0x1d44ba5d0]

Powerstats for:  PerfPowerServicesSignpostReader
(PerfPowerServicesSignpostReader) [2183]
UUID:            0
Path:            /S
XPCServices/Pe
PerfPowerServ
Identifier:      c
Version:         1
Resource Coali
Architecture:
Parent:          U
UID:             0
Sudden Term:
Footprint:
Pageins:
Start time:

Reader

dispatch
Logging Support
PeRF
XPC
Tracked

PERF – Police Executive Research Forum [Document title]



PERF LOGS



Dispatch
Alecksanc
Boomerang (Plug In)

) MD (Maryland

Att #09



| Date/Time | Number | Direction | Type |
|---|---|---|---|
| 05/14/2023 10:35:54 PM | 347.679.3242 | INCOMING | Pict Video MSG |
| 05/14/2023 10:16:53 PM | 518.505.3744 | OUTGOING | Text Message |
| 05/14/2023 10:16:34 PM | 518.505.3744 | OUTGOING | Text Message |
| 05/14/2023 08:09:58 PM | 518.505.3744 | INCOMING | Pict Video MSG |
| 05/14/2023 07:27:17 AM | 929.492.7091 | INCOMING | Text Message |
| 05/14/2023 07:25:54 AM | 424.385.0597 | INCOMING | Text Message |
| 05/14/2023 07:05:47 AM | 415.944.4302 | INCOMING | Text Message |
| 05/14/2023 06:28:14 AM | 415.944.4302 | OUTGOING | Text Message |
| 05/13/2023 04:16:36 PM | 42689 | INCOMING | Text Message |
| 05/13/2023 01:52:21 PM | secmailid.ord | INCOMING | Text Message |
| 05/13/2023 08:11:50 AM | 41063 | INCOMING | Text Message |
| 05/13/2023 06:38:04 AM | 41063 | INCOMING | Text Message |

secmailid. ord





| DATE & TIME ↑ | CONTACT | TYPE | DESCRIPTION |
|---|---|---|---|
| 02/26/2023 12:15:06 PM | 833.766.7498 | INCOMING | Text Message |
| 02/26/2023 01:12:33 AM | 302.521.7469 | INCOMING | Pict Video MSG |
| 02/25/2023 06:46:39 PM | 32665 | INCOMING | Text Message |
| 02/25/2023 11:11:31 AM | 445.544.4062 | INCOMING | Text Message |
| 02/25/2023 11:11:29 AM | 445.544.4062 | INCOMING | Text Message |
| 02/24/2023 06:25:30 PM | 32665 | INCOMING | Text Message |
| 02/24/2023 03:15:11 PM | 833.766.7498 | INCOMING | Text Message |
| 02/24/2023 07:15:45 AM | 22000 | INCOMING | Text Message |
| 02/24/2023 02:12:51 AM | app.webauthcu | INCOMING | Text Message |
| 02/23/2023 04:49:38 PM | 32665 | INCOMING | Text Message |
| 02/23/2023 04:49:38 PM | 32665 | INCOMING | Text Message |

app.webauthcu





| | | | |
|---|---|---|---|
| 02/12/2023 01:30:20 AM | 918.474.3312 | OUTGOING | Text Message |
| 02/12/2023 01:12:24 AM | 302.521.7469 | INCOMING | Pict Video MSG |
| 02/11/2023 02:52:32 PM | 424.385.0597 | INCOMING | Text Message |
| 02/11/2023 02:50:58 PM | 424.385.0597 | INCOMING | Text Message |
| 02/11/2023 12:00:52 AM | 205.336.3503 | INCOMING | Text Message |
| 02/10/2023 04:53:55 PM | 302.593.5314 | INCOMING | Pict Video MSG |
| 02/10/2023 12:28:49 PM | 202.967.1883 | INCOMING | Text Message |
| 02/10/2023 12:14:15 PM | 41063 | INCOMING | Text Message |
| 02/10/2023 11:15:01 AM | 415.212.4094 | INCOMING | Text Message |
| 02/10/2023 12:45:19 AM | 888-854-93840 | INCOMING | Text Message |
| 02/09/2023 12:33:08 PM | 41063 | INCOMING | Text Message |
| 02/09/2023 05:34:42 AM | liveaupacs-vn | INCOMING | Text Message |

Barracuda College
Cuda email
Bob(microsoft Azure)
found 8/28/2023

LiveauPacs -vn









MY Google Account   3D BROWSER (GAME)

Google

Sign in with an administrator account
To sign in to admin.google.com, use an administrator
account for a managed Google service, such as Google
Workspace or Cloud Identity. Learn more about Google
accounts

## Choose an account

Add account

WARNING!

Using this console may allow attackers to
impersonate you and steal your information using
an attack called Self-XSS.
Do not enter or paste code that you do not
understand.

ed
3D Browser
404



# Tyler's Cloud-Based Offerings

*State & Local Government Solutions*

**Appraisal & Tax**
- AES California™
- iasWorld®
- Munis®
- Orion™

**Courts & Justice**
- Incode®
- Odyssey®
- SoftCode™

**ERP Financial**
- ExecuTime™
- Incode®
- Microsoft Dynamics® AX
- Munis®
- New World™

**Planning, Permitting & Licensing**
- EnerGov™
- Incode®
- Munis®

**Public Safety**
- Brazos™
- Odyssey®
- Incode™
- Odyssey File & Serve™

**Records & Documents**
- Tyler Drive™
- Eagle™
- Tyler Content Manager™

*School Solutions*

**School Financials**
- Incode™
- Infinite Visions®
- Munis®

**Student Management**
- Schoolmaster®
- Tyler Pulse™
- Tyler SIS™
- Versatrans®
- Traversa®

Tyler has been successfully
providing cloud-based
services to the public sector
for more than 18 years.

Talk with one of Tyler's sales
representatives to discuss
the unique needs of your
organization.





Odyssey File & Serve web





Tyler Technologies 12/28/2022



*Odyssey File & Serve = Public Safety, hacked account*

*Fake email*



## Activate your new user account for efiling

no-reply@efilingmail.tylertech.cloud

### New User Activation

You have been registered with the E-Filing System. Please, click on the link below to activate your account.

Click to Activate Account

Please update your password after you log into your account.

For technical assistance, contact your service provider  **? At&t**

Odyssey File & Serve

(800) 297-5377    *Fake # for OFS*



*New Jersey*
*10/17/2023*

*3d= Tyler Tech dispatch*

*Watchdog timer*
*Dispatch*
*Clone*
*Web channel*

*parent window*
*math. random*
*catch*
*web channel*

*Switch*

*New Jersey*
*10/17/2023*

*(3d) CAD (Tyler Tech dispatch)*

Voice                            How to Unlock forgotten Pa    UnlockRiver.com - the best pho    youtube.com/s/player/dd34ec

youtube.com/s/player/dd34ec3d/player_ias.vflset/en_US/remote.js

function(g){var window=this;'use strict';var $7=function(a)
.no(a,"zx",Math.floor(2147483648*Math.random()).toString(36)+Math.abs(Math.floor(2147483648*Math.random())^g.sb()).toString(36));return a},a8=function(a,b,c){Array.isArray(c)||(c=
string(c)]);
uga(a.B,b,c)},Uvb=function(a){if(a instanceof                        ;if(b in a)return g.Es(a[b++]);b++)};
("function"==typeof a.Ck)return a.Ck(!1);if(g
turn c)throw Error("Not implemented");},Vvb=f
se for(a=Uvb(a);;){var d=a.next();if(d.done)b                          row f;}void 0===e?c.push(d):g.ila(e)&&c.push(d)},a);
b(b,function(d){try{var e=g.cv.prototype.B.ca
turn c},Xvb=function(a,b){Wvb(a,b).forEach(fu
f(a.ma.locationOverrideToken)return{location                        Zvb=function(a,b){g.Pb(a,b)||a.push(b)},$vb=function(a){var
(null!=a.ma.latitudeE7&&null!=a.ma.longitud
0,c;                                                                -\x08\x0a-\x1f]*"|true|false|null|-?\d+(?:\.\d")?(?:[eE]
or(c in a)b++;return b},awb=function(a,b){ret                       }catch(b){}throw Error("Invalid JSON string:
'(/^\s*$/.test(a)?0:/^[\],:{}\s\u2028\u2029]*$          (null);
+\-]?\d+)?)[\s\u2028\u2029]*(?=:|,|]]|}|$)/g,"]
a);},b8=function(a){if(g.Xa.JSON)try{return
l&g.go(e,a);b&&g.ho(e,b);c&&g.io(e,c);d&&(e.C
is.j.Sl("/client_streamz/youtube/living_room
is.j.Im("/client_streamz/youtube/living_room/mc
is.j.Sl("/client_streamz/youtube/living_room/
is.j.Im("/client_streamz/youtube/living_room/md
is.j.Sl("/client_streamz/youtube/living_room/
is.j.Im("/client_streamz/youtube/living_room/md
is.j.Sl("/client_streamz/youtube/living_room/md
is.j.Sl("/client_streamz/youtube/living_room/mdx_browser_channel/undelivered_maps")},d8=function(a){this.name=this.id="";
is.clientName="UNKNOWN_INTERFACE";this.app="";this.type="REMOTE_CONTROL";this.obfuscatedGaiaId=this.avatar=this.username="";this.capabilities=new Set;this.compatibleSenderThemes=new
t;this.experiments=new Set;this.theme="u";new g.Lu;this.model=this.brand="";this.year=0;this.chipset=this.osVersion=this.os="";this.mdxDialServerType="MDX_DIAL_SERVER_TYPE_UNKNOWN";a&&
this.id=a.id||a.name,this.name=this.name,this.clientName=a.clientName?a.clientName.toUpperCase():"UNKNOWN_INTERFACE",this.app=a.app,this.type=
.type||"REMOTE_CONTROL",this.username=a.user||"",this.avatar=a.userAvatarUri||"",this.obfuscatedGaiaId=a.obfuscatedGaiaId||"",this.theme=a.theme||"u",nvb(this,a.capabilities||""),owb(th
s,a.compatibleSenderThemes||""),pvb(this,a.experiments||""),this.brand=a.brand||"",this.model=a.model||"",this.year=a.year||0,this.os=a.os||"",this.osVersion=a.osVersion||"",this.chipset
=a.chipset||"",this.mdxDialServerType=a.mdxDialServerType||"MDX_DIAL_SERVER_TYPE_UNKNOWN",a=a.deviceInfo)&&(a=JSON.parse(a),this.brand=
.brand||"",this.model=a.model||"",this.year=a.year||0,this.os=a.os||"",this.osVersion=a.osVersion||"",this.chipset=a.chipset||"",this.clientName=a.clientName?
clientName.toUpperCase():"UNKNOWN_INTERFACE",this.mdxDialServerType=a.mdxDialServerType||"MDX_DIAL_SERVER_TYPE_UNKNOWN")},nvb=function(a,b){a.capabilities.clear();
.Ss(b.split(",")).g.rb(awb,qwb)).forEach(function(c){a.capabilities.add(c)})},owb=function(a,b){a.compatibleSenderThemes.clear();
.Ss(b.split(",")).g.rb(awb,rwb)).forEach(function(c){a.compatibleSenderThemes.add(c)})},pvb=function(a,b){a.experiments.clear();
.split(",").forEach(function(c){a.experiments.add(c)})},e8=function(a){a=a||{};
is.name=a.name||"";this.id=a.id||a.screenId||"";this.token=a.token||a.loungeToken||"";this.uuid=a.uuid||a.dialId||"";this.idType=a.screenIdType||"normal"},f8=function(a,b){return!!b&&
a.id==b||a.uuid==b)},svb=function(a){return{name:a.name,
screenId=a.id,loungeToken=a.token,dialId=a.uuid,screenIdType:a.idType}},twb=function(a){return new e8(a)},uwb=function(a){return Array.isArray(a)?g.$p(a,twb):[]},g8=function(a){return
?{name:'"+a.name+'",id:'+a.id.substr(0,6)+'...,token:"+((a.token?"..."+a.token.slice(-6):"-")+",uuid:"+(a.uuid?"..."+a.uuid.slice(-6):"-")+",idType:"+a.idType+"}"):"null"},vwb=function(a)

*3D Garden Street Living Room*

*Experiment*
*Remote control*
*math*

*T-Mobile portable hotspot*

56°F
Mostly cloudy

Q Search

8:28 PM
10/17/2023

19

*CAD embedded in Lt.*

---

CAD - Search Results in This P    X    +    □   X

Hew ▾    ✂    □    📋    📁    📄    🗑    ↕ Sort ▾    ☰ View ▾    ⚙ Search options ▾    ✕ Close search    🖼 Set as background    ◁ Rotate left    ▷ Rotate right    •••

← → ∨ ↑    📁 › Search Results in This PC    ∨  ↻    CAD    X

| | Name | Date modified | Type | Folder |
|---|---|---|---|---|
| 📁 New folder (3) | | | | ▲ |
| 📁 2023 | 📄 InformationProtectionStrings92.cad0Z8K.cf.chunk | 9/27/2023 6:20 AM | JavaScript ... | js (C:\Users\pconnerr\AppData\Local\Microsoft\Office\SolutionPackages\36322bc80f |
| 📁 New folder | 📄 InformationProtectionStrings92.cad0Z8K.chunk | 7/7/2023 12:37 PM | JavaScript ... | js (C:\Program Files\Microsoft Office\root\Office16\sdata\E60000009A8\subData\ts |
| | 📄 mds copy.txt - Airplay.txt, VM SWAPFILE, SWAPOUT, Apple s3... | 12/06/2022 10:49 PM | Text Docu... | New folder (2) (E:) |
| 🖥 This PC | 📄 Screen Shot 2019-04-30 at 9.28.09 PM CAD ✖ | 12/8/2022 1:33 AM | PNG File | December 1, 2022 (E:) |
| > 💾 OS (C:) | 📄 Screen Shot 2019-04-30 at 9.28.50 PM CAD, WATCHDOG | 12/8/2022 1:32 AM | PNG File | December 1, 2022 (E:) |
| > 💾 USB Drive (D:) | 📄 Screen Shot 2019-04-22 at 11.33.54 PM - Cadencesupport.zend... | 12/7/2022 11:44 PM | PNG File | December 1, 2022 (E:) |
| > 💾 USB Drive (E:) | 📄 CAD.sys.mui ✖ | 5/7/2022 2:01 AM | MUI File | en-US (C:\Windows\System32\drivers) |
| > 💾 USB Drive (D:) | 📄 CAD.sys.mui ✖ | 5/7/2022 2:01 AM | MUI File | amd64_charge.arbitration.inf.resources_31bf3856ad364e35_10.0.22621.1_en-us_f926 |
| ∨ 💾 USB Drive (E:) | 📄 amd64_microsoft-windows-p...re.cutable.resources.31bf3856a... | 5/7/2022 2:20 AM | MANIFEST... | Manifests (C:\Windows\WinSxS) |
| 📁 cdx | 📄 amd64_microsoft-windows-power-cad.resources_31bf3856ed... | 5/7/2022 2:20 AM | MANIFEST... | Manifests (C:\Windows\WinSxS) |
| > 📁 .Trash-1000 | 📄 amd64_microsoft-windows-m...ccord-exe.resources_31bf3856... | 5/7/2022 2:20 AM | MANIFEST... | Manifests (C:\Windows\WinSxS) |
| > 📁 2022 IN-PERSON Summit Agenda – SavedSing | 📄 CAD.sys ✖ | 5/7/2022 1:19 AM | System file | drivers (C:\Windows\System32) |
| > 📁 2023 | 📄 CAD.sys ✖ | 5/7/2022 1:19 AM | System file | charge.arbitration.inf_amd64_29f83a7b7aa81a90 (C:\Windows\System32\DriverStor |
| 📁 202211_ | 📄 CAD.sys ✖ | 5/7/2022 1:19 AM | System file | amd64_dual_charge.arbitration.inf_31bf3856ad364e35_10.0.22621.1_none_84099c2fc |
| 📁 202211_a | 📄 amd64_microsoft-windows-tabletshell-xdm_31bf3856ad364e2... | 5/7/2022 1:18 AM | MANIFEST... | Manifests (C:\Windows\WinSxS) |
| 📁 202212_ | 📄 amd64_system.diagnostics.process_b0365f7f11d69a3a_4.0.1981... | 5/7/2022 1:18 AM | MANIFEST... | Manifests (C:\Windows\WinSxS) |
| | | | | ▼ |

65 items    1 item selected   4.00 KB

🔍 Search                                                        1:02 PM  11/7/2023



Google    custsupt

## IT Specialist (CUSTSPT) | U.S. Fish & Wildlife Service

This position is a IT Specialist (**CUSTSPT**), GS- 2210-7/9 working for the Associate Chief
Information Office, Information Resources & Technology Management, ...

IGnet.gov
https://www.ignet.gov › content › information-technol...

## Information Technology Specialist (INFOSEC/CUSTSPT)

Information Technology Specialist (INFOSEC/**CUSTSPT**). Closing Date: Thursday, February 10,
2022. Agency: Department of Veterans Affairs. Career Office: Other ...

Images for custspt



View all →

Feedback

People also ask

















Blocked Resource

Dynamics
Adrum
CUSTSUPT



2 Phones                    Halo Success

att.com/acctmgmt/overview?haloSuccess=true&lt=d2ddT3FhQyI9PmZZXFd5fGpBN1peU2tzIWhXeyhjeHY4ekZJPyErQzI4K0JUNj4qPEVcRUIBN0UxS1Fc

M Gmail   G GoTo: Unified Com...   G GoTo   🎵 Q102 | Philly's #1...   🎧 Podcasters | iHeart...   What Does Egypt...   TR 6 Personal Growth...   Pennsylvania Onlin...   CI Gateway Zip Cod...

### ✈ International Day Pass

Get unlimited talk, text, and high-speed data in 210+ destinations for $10/day

[ Get International Day Pass ]

### Get support

Troubleshoot your voicemail                          >

File an insurance claim to replace a mobile device   >

Manage wireless data use                             >

Common reasons for high data use                     >

[ See all support ]

---

●●●

**▒▒▒▒▒▒▒**
Apple iPhone 13 Pro Max
**▒▒▒▒▒▒▒**

Installment details
25 of 36 payments left                    >
Pay off my device  |  See upgrade options

My plan
Unlimited Your Way(SM)                    >
Change my plan >

My add-ons
Call from the U.S. at
Wi-Fi
AT&T ActiveArmor advanced
View and manage add-ons >

My usage                        10 days left
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3.44GB of Unlimited used

---

●●●

**Wireless Caller**
Apple iPhone 13 Pro Max
**▒▒▒▒▒▒▒**

↗ Installment with Next Up™  ❓

22 of 36 payments left
[ Upgrade Now ]

My plan
Unlimited Your Way(SM)                     >
Change my plan >

My add-ons
Call from the U.S. at
AT&T ActiveArmor advanced
View and manage add-ons >

My usage                        10 days left
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
98.72GB of Unlimited used

---

78°F
Partly sunny          🔍 Search                                              6:45 PM  8/17/2023

3D (BROWSER) - Radio



       

24







Police Karma
        Instant Karma
I filed my Doco with DOJ Friday
Oct. 2003, I instantly was thrown
out of my place and items were
stolen from me. New Jersey apartment
Joy Marie Johnson and Alexis
Coates · IT evicted me.
Every zoom called I would
have to Delete  zoom/443 from
                    Baltimore
my laptop.

E911 OVER ITECH SUPPORTED; EAPCONTROLLER; CFNETWORK; STREAM CLIENT; COMMCENTER; SUBSYSTEM; 0

*OL*

