IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACQUEL LEWIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-296-RGA |
| TYLER TECHNOLOGIES, | : |
| Defendant. | : |

## ORDER

At Wilmington this 31st day of May, 2024, having considered Plaintiff's motion to stop dismissal order (D.I. 10), which I construe as a motion for reconsideration;

IT IS HEREBY ORDERED that the motion for reconsideration (D.I. 10) is **DENIED**.[1]

  /s/ Richard G. Andrews  
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has not identified "(1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." *Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010).