OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N KING STREET, UNIT 18
WILMINGTON, DELAWARE 19801-3570

OFFICIAL BUSINESS

NEOPOST
05/31/2024
US POSTAGE $000.64°

ZIP 19801
041L11255193

Racquel Lewis
PO Box 30911
Wilmington, DE 19805

U.S.M.S.
X-RAY

FILED
SEP 19 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



NIXIE        171      FE  1       0009/05/24
NIXIE        171      FE  1       0009/17/24
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 19801357099        *2419-01428-14-23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACQUEL LEWIS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 23-296-RGA |
| TYLER TECHNOLOGIES, | : |
| Defendant. | : |

## ORDER

At Wilmington this 31st day of May, 2024, having considered Plaintiff's motion to stop dismissal order (D.I. 10), which I construe as a motion for reconsideration;

IT IS HEREBY ORDERED that the motion for reconsideration (D.I. 10) is **DENIED**.[1]

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has not identified "(1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." *Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010).